IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA, | No. C 12-1171 WHA (PR) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| E. EVANS; CHARLES D. LEE; KATHLEEN WALL; CARL MILLNER; R. RODRIGUES; LOY MEDINA; M. SEPULVEDA, | (Docket Nos. 12, 16) |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a motion for a preliminary injunction. Prior to granting a preliminary injunction, notice to the adverse party is required. *See* Fed. R. Civ. P. 65(a)(1). Plaintiff has neither notified the defendants of his request nor submitted the required certification of his efforts to do so and why they have failed. *See also* Fed. R. Civ. P. 65(b). Accordingly, the motion for a preliminary injunction is **DENIED** without prejudice. Good cause appearing, defendants' motion for an extension of time, to and including **November 2, 2012**, in which to file a summary judgment motion is **GRANTED**. Plaintiff's opposition to the dispositive motion, if any, shall be filed with the court and served upon defendants no later than twenty-eight days from the date of service of the motion. Defendants

**shall** file a reply brief no later than fourteen days after the date of service of the opposition. All other provisions of the order of service that do not conflict with the present order remain in effect.

**IT IS SO ORDERED.**

Dated: September   5  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\PINEIDA1117.EOT.wpd