UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GABRIEL PINEIDA,                          No. 3:12-CV-01171 JST (NJV)

       Plaintiff,

   v.                                     CERTIFICATE OF SERVICE

E. EVANS, et al.,

       Defendants.
_____/

      I, the undersigned, hereby certify that on July 16, 2013, I SERVED a true and correct copy of Order Granting Defendants' Motion to Change Time of Settlement Conference, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Pineida
K-31775
Salinas Valley State Prison
P.O. Box 1050, C-7-226
Soledad, CA 93960

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020
(by fax also)

                                          /s/ Linn Van Meter
                                     _____
                                           Linn Van Meter
                                    Administrative Law Clerk to
                                    the Honorable Nandor J. Vadas