UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL PINEIDA, | No. 3:12-CV-01171 JST (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| E. EVANS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of GABRIEL PINEIDA, inmate number K31775, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: August 23, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden Randy Grounds, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of GABRIEL PINEIDA, inmate number K31775, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on November 20, 2013, at 9:00 am, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Pineida v. Evans, and at the

1 termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
2 such order of the above-entitled Court as shall thereafter be made concerning the custody of said
3 prisoner, and further to produce said prisoner at all times necessary until the termination of the
4 proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

8 Dated: August 23, 2013

         RICHARD WIEKING
         CLERK, UNITED STATES DISTRICT COURT

         By: Linn Van Meter
            Administrative Law Clerk

Dated: August 23, 2013



NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL PINEIDA,<br>    Plaintiff,<br>  v.<br>E. EVANS, et al.,<br>    Defendants.<br>_____/ | No. 3:12-CV-01171 JST (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on August 23, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Pineida
K-31775
Salinas Valley State Prison
P.O. Box 1050, C-7-226
Soledad, CA 93960

Litigation Coordinator Enedelia Donnelly
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas