UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL PINEIDA, | No. 3:12-CV-01171 JST (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE, STATUS CONFERENCE, AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| E. EVANS, et al, | |
| Defendants. | |

On September 6, 2013, District Judge Jon S. Tigar issued an order granting Defendants' motion to vacate the settlement proceedings in this case. (Docket no. 54.) Accordingly, the settlement conference set for November 20, 2013, and the status conference set for November 12, 2013 are HEREBY VACATED. The writ of habeas corpus ad testificandum issued August 23, 2013, for Plaintiff's attendance at the settlement conference is also VACATED. Plaintiff shall not be transported.

IT IS SO ORDERED.

Dated: September 9, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>E. EVANS, et al.,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-01171 JST (NJV)<br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that on September 9, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel Pineida
K-31775
Salinas Valley State Prison
P.O. Box 1050, C-7-226
Soledad, CA 93960

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2