# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES D. LEE, et al.,<br><br>    Defendants. | Case No. 12-cv-01171-JST (PR)<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE OPPOSITION** |

Plaintiff, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on December 3, 2013. Counsel having just been appointed to represent plaintiff, the court *sua sponte* GRANTS an extension of time in which plaintiff may file an opposition. A new briefing schedule will be set at the case management conference currently scheduled for March 12, 2014.

**IT IS SO ORDERED.**

Dated: December 17, 2013

_____
JON S. TIGAR
United States District Judge