UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL PINEIDA, | No. 3:12-CV-01171 JST (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| E. EVANS, et al, | |
| Defendants. | |

A telephonic status conference to discuss the scheduling of a settlement conference in this case is HEREBY SET for June 24, 2014, at 1:00 pm. The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: May 5, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge