UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES D. LEE, et al.,<br><br>    Defendants. | Case No. 12-cv-01171-JST<br><br>**MINUTE ORDER NOTING DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT ELOY MEDINA**<br><br>Re: ECF No. 95 |

All parties have agreed to dismiss all claims against Defendant Eloy Medina with prejudice. ECF No. 95. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Moreover, since the stipulation is "signed by all parties who have appeared," it is effective without court order pursuant to Rule 41(a)(1)(A)(ii).

All claims against Defendant Eloy Medina have been dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: May 20, 2014

_____
JON S. TIGAR
United States District Judge