UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES D. LEE, et al.,<br><br>    Defendants. | Case No. 12-cv-01171-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM JUNE 3 TO JULY 23** |

Since Plaintiff's motion to amend is now noticed for hearing on June 26, the Court on its own motion hereby CONTINUES the case management conference currently scheduled for June 4, 2014 to July 23, 2014, at 2:00 P.M., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated case management conference by July 14, 2014.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
JON S. TIGAR
United States District Judge