United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES D. LEE, et al.,<br><br>    Defendants. | Case No. 12-cv-01171-JST<br><br>**ORDER ADVISING PARTIES OF COURT'S TENTATIVE ORDER**<br><br>Re: ECF No. 86 |

The Court has prepared a tentative order in response to Plaintiff's motion for leave to file an amended complaint, noticed for hearing on June 26, 2014. The tentative order is attached at Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

Dated: June 23, 2014

                                          JON S. TIGAR
                                  United States District Judge