UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES D. LEE, et al.,<br><br>    Defendants. | Case No. 12-cv-01171-JST<br><br>**ORDER NOTING WITHDRAWAL OF MOTION TO QUASH**<br><br>Re: ECF No. 104 |

The Court construes counsel's July 16, 2014 letter, ECF No. 120, as withdrawing Defendant Millner's motion to quash, ECF No. 104, pursuant to Civil Local Rule 7-7(e). The Clerk of Court shall TERMINATE the motion and VACATE the hearing scheduled for August 28, 2014.

**IT IS SO ORDERED.**

Dated: July 18, 2014

_____
JON S. TIGAR
United States District Judge