UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL PINEIDA,

    Plaintiff,

    v.

CHARLES D. LEE, et al.,

    Defendants.

Case No. 12-cv-01171-JST

**ORDER SETTING HEARING FOR MOTIONS TO DISMISS**

Re: Dkt. No. 150

    The Court has received the notice filed by Plaintiff's Counsel requesting oral argument on the motions to dismiss at ECF Nos. 118, 131, 134, and 136. ECF No. 150. Although these motions were originally noticed for hearing on October 9, 2014, the Court recently vacated the hearings. ECF No. 149. In the order vacating the hearings, the Court stated that if either party filed in writing a notice that argument would be conducted by a lawyer who has been licensed to practice law for four or fewer years, and who has not previously presented argument before this Court, then the Court would reschedule the hearing. Id.

    Plaintiff's Counsel has filed such a notice, requesting a hearing on October 30, 2014 at 2:00 p.m. ECF No. 149. Because the pendency of other matters prevents the Court from scheduling additional cases for hearing on October 30, the hearing on Defendants' motions to dismiss will take place on November 6, 2014 at 2:00 p.m.

    **IT IS SO ORDERED.**

Dated: October 7, 2014

                                                            JON S. TIGAR
                                                            United States District Judge

United States District Court
Northern District of California