| | |
|---|---|
| SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>RYAN J. MARTON (CSB No. 223979)<br>rmarton@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>KUNYU CHING (CSB No. 292616)<br>kching@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:     415.875.2300<br>Facsimile:     415.281.1350<br><br>Attorneys for Plaintiff GABRIEL PINEIDA | KAMALA D. HARRIS<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General<br>TRACE O. MAIORINO<br>Deputy Attorney General<br>State Bar No. 179749<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 703-5975<br>Fax:  (415) 703-5843<br>E-mail:  Trace.Maiorino@doj.ca.gov<br><br>Attorneys for Defendants Lee, Rodriguez, Sepulveda, Wall, Grounds, Adams, Bright, and Marshall |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEE, et al.,<br><br>          Defendants. | Case No.: 3:12-CV-01171-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENT SUBPOENA TO SALINAS VALLEY STATE PRISON**<br><br>Trial Date: Feb. 22, 2016 |

1  Plaintiff Gabriel Pineida and Defendants Lee, Rodriguez, Sepulveda, Wall, Grounds, Adams, Marshall, and Bright (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 7, 2015, pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff served Requests For Production of Documents upon Defendants;

WHEREAS, on January 23, 2015, pursuant to Federal Rule of Civil Procedure 45, Plaintiff served a Subpoena to Produce Documents by February 6, 2015 upon Salinas Valley State Prison ("SVSP");

WHEREAS, Plaintiff's Subpoena to SVSP seeks categories of documents similar to those in Plaintiff's Requests For Production to Defendants;

WHEREAS, the Parties have met and conferred by writing regarding Plaintiff's Requests for Production and Subpoena;

WHEREAS, Defendants have represented that SVSP is not in possession of personnel files for any former employees that left SVSP to work at other prisons or that retired while working at another prison, or for any contract-employees;

WHEREAS, Defendants have represented that SVSP maintains in its possession, custody, or control Official Personnel Files for Defendants Lee, Rodriguez, Wall, Grounds, and Marshall, but not for Defendants Adams, Bright, or Sepulveda;

WHEREAS, each of Defendants have represented that their search for documents responsive to Plaintiff's Requests For Production will include a search of documents within SVSP's possession, custody, or control;

WHEREAS, subject to the above representations by Defendants, Plaintiff is willing to withdraw its Requests Nos. 1, 2, and 3 of Plaintiff's Subpoena to SVSP as to each of Defendants, while reserving the right to request additional documents and serve additional subpoenas if necessary;

THE PARTIES HEREBY STIPULATE that:

1. Any search by Defendants in response to Plaintiff's Requests For Production will include a search of the documents within the possession, custody, or control of SVSP.

2. Accordingly, Plaintiff will withdraw Requests No. 1, 2, and 3 of Plaintiff's Subpoena to SVSP with respect to Defendants Lee, Rodriguez, Sepulveda, Wall, Grounds, Adams, Marshall, and Bright.

3. Plaintiff reserves the right to serve additional document requests or subpoenas, consistent with the Federal Rules of Civil Procedure and the Civil Local Rules.

Dated: February 6, 2015

FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
    Todd R. Gregorian

Attorneys for Plaintiff Gabriel Pineida

Dated: February 6, 2015

OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA

By: */s/Trace Maiorino*
    Trace O. Maiorino

Attorneys for Defendants
Lee, Rodriguez, Sepulveda, Wall, Grounds, Adams, Marshall, and Bright.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Jon S. Tigar
United States District Judge

Dated: _____February 10_____, 2015

## ATTORNEY ATTESTATION

I, Todd R. Gregorian, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 6, 2015                    FENWICK & WEST LLP

                                            By:     /s/ Todd R. Gregorian
                                                    Todd R. Gregorian

                                            Attorneys for Plaintiff Gabriel Pineida