UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL PINEIDA,

    Plaintiff,

v.

CHARLES D. LEE, et al.,

    Defendants.

Case No. 12-cv-01171-JST   (EDL)

**ORDER ON PLAINTIFF'S MOTION TO COMPEL**

Re: Dkt. No. 166

On April 21, 2015, the Parties filed a joint letter in which Plaintiff moved to compel Defendants and third-party Salinas Valley State Prison ("SVSP") to respond to numerous requests for production. On May 5, 2015, this Court held a hearing at which the Parties largely resolved their dispute and read an agreement into the record. The Parties identified two outstanding disputes pertaining to Defendants' production of emails in advance of several upcoming depositions and Defendants' privilege log. As stated at the hearing, Defendants are ordered to produce all emails relevant to each deposition at least three days in advance of those depositions. Defendants are also ordered to review the documents listed on their privilege log (Ltr. Ex. D) for relevance and to produce all relevant documents, if any.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge