UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES D. LEE, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01171-JST   (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

　　　Plaintiff shall be available by telephone during the video settlement conference set for May 18, 2015.  Defense counsel is asked to assist Plaintiff's counsel in arranging for the telephonic appearance of Plaintiff.

　　　**IT IS SO ORDERED**.

Dated: May 14, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge