| | |
|---|---|
| SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>RYAN J. MARTON (CSB No. 223979)<br>rmarton@fenwick.com<br>TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com<br>RAVI RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>KUNYU CHING (CSB No. 292616)<br>kching@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>Attorneys for Plaintiff GABRIEL PINEIDA | KAMALA D. HARRIS<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General<br>JANELLE SMITH<br>Deputy Attorney General<br>TRACE O. MAIORINO<br>Deputy Attorney General<br>State Bar No. 179749<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5975<br>Fax: (415) 703-5843<br>E-mail: Trace.Maiorino@doj.ca.gov<br><br>Attorneys for Defendants LEE, RODRGUEZ, SEPULVEDA, WALL, GROUNDS, MARSHALL, ADAMS, and BRIGHT<br><br>JOSEPH S. PICCHI<br>AARON T. SCHULTZ (CSB No. 222949)<br>GALLOWAY, LUCCHESE, EVERSON & PICCHI<br>1676 North California Blvd., Suite 500<br>Walnut Creek, CA 94596-4183<br>Telephone: (925) 930-9090<br>Fax: (925) 930-9035<br>E-mail: aschultz@glattys.com<br>Attorneys for Defendant CARL MILLNER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEE, et al.,<br><br>　　　　　Defendants. | Case No.: 3:12-CV-01171-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING SETTLEMENT**<br><br>Dept.: Courtroom 9, 19th Floor<br>Judge: The Honorable Jon S. Tigar |

JOINT STIPULATION RE DISCOVERY
DISPUTE SCHEDULE

Case No.: 3:12-CV-01171-JST

Plaintiff Gabriel Pineida and Defendants Lee, Rodriguez, Sepulveda, Wall, Grounds, Adams, Marshall, Bright, and Millner (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows and jointly request that the Court stay this lawsuit as set forth below:

WHEREAS, the Scheduling Order in this matter set the close of fact discovery on June 5, 2015 (Dkt. No. 158);

WHEREAS, on May 18, 2015, the Parties engaged in a settlement conference before Judge Vadas (Dkt. No. 180);

WHEREAS, the Parties reached an agreement at the May 18 conference for the full settlement of this litigation;

WHEREAS, the Parties are now finalizing a written agreement memorializing their settlement; and

WHEREAS, Magistrate Judge Vadas has set a status conference regarding the finalization of the settlement for July 14, 2015;

THE PARTIES HEREBY STIPULATE and jointly request, subject to the Court's approval, that the Court vacate the current case deadlines pending finalization of the settlement agreement, including the June 5, 2015 close of fact discovery, but excluding the July 14, 2015 status conference.

| | |
|---|---|
| Dated:  June 4, 2015 | FENWICK & WEST LLP |
| | By:   */s/ Todd R. Gregorian*  <br>            Todd. R. Gregorian |
| | Attorneys for Plaintiff  Gabriel Pineida |
| Dated:  June 4, 2015 | OFFICE OF THE ATTORNEY GENERAL OF CALIFORNIA |
| | By:  */s/Traice O. Maiorino*  <br>         Trace O. Maiorino |
| | Attorneys for Defendants Lee, Rodriguez, Sepulveda, Wall, Grounds, Adams, Marshall, and Bright |
| Dated:  June 4, 2015 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| | By:   */s/Aaron T. Schultz*  <br>           Aaron T. Schultz |
| | Attorneys for Defendant Millner |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Jon S. Tigar
United States District Judge

Dated: _____June 4_____, 2015

## ATTORNEY ATTESTATION

I, Todd R. Gregorian, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 4, 2015                                   FENWICK & WEST LLP

                                                                              By:        /s/ *Todd R. Gregorian*
                                                                                          Todd R. Gregorian

                                                                              Attorneys for Plaintiff Gabriel Pineida