UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES D. LEE, et al.,<br><br>    Defendants. | Case No.  12-cv-01171-JST<br><br>**ORDER REQUIRING FILING OF JOINT STATUS REPORT**<br><br>Re: ECF No. 191 |

On August 3, 2015, Magistrate Judge Nandor J. Vadas held a settlement conference in this case. ECF No. 191. On September 10, 2015, the parties filed a stipulation of dismissal as to all but one of the defendants. ECF No. 192. Since then, the parties have not filed a stipulation of dismissal as to all of the Defendants.

The Court hereby orders the parties to file a joint status report by January 19, 2016, addressing when the settlement in this case will be finalized.

IT IS SO ORDERED.

Dated: January 12, 2016

_____
JON S. TIGAR
United States District Judge