UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PINEIDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES D. LEE, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-01171-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF Nos. 192, 197 |

The parties have filed two stipulations of dismissal dated September 10, 2015 and February 2, 2016. ECF Nos. 192, 197. Together, these stipulations seek to dismiss this action with respect to each of the nine remaining defendants. Because the stipulations are signed by all parties who have appeared, they are effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: February 3, 2016

_____
JON S. TIGAR
United States District Judge